GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY ZAMARRIPA,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, LLC,<br><br>Defendant. | Case No.:   2:20-cv-00711-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions, LLC ("Defendant") and Plaintiff Wendy Zamarripa ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on April 21, 2020;

2. Defendant was served with the Complaint on April 27, 2020;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is May 18, 2020;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice

1

any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including June 17, 2020 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Defendant LEXISNEXIS RISK SOLUTIONS, LLC, shall have up to and including June 17, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 12th day of May, 2020.

| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
|---|---|
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>KNEPPER & CLARK LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148-7700<br>Telephone: (702) 859-7430<br>Facsimile: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq., SBN 9086<br>KRIEGER LAW GROUP, LLC<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>Telephone: (702) 848-3855<br>Email: dkrieger@kriegerlawgroup.com<br>*Attorneys for Plaintiff*<br>*Wendy Zamarripa* | Gary E. Schnitzer, Esq., SBN 395<br>KRAVITZ, SCHNITZER & JOHNSON, CHTD.<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 222-4142<br>Facsimile: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*LexisNexis Risk Solutions, LLC* |

**IT IS ORDERED.**

DATED this  13th  day of May, 2020.

_____
United States Magistrate Judge

3