Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY ZAMARRIPA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEXISNEXIS RISK SOLUTIONS, LLC,<br><br>          Defendant. | Case No. 2:20-cv-00711-GMN-BNW<br><br>**STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE**<br><br>Complaint filed:  April 21, 2020 |

PLEASE TAKE NOTICE that Plaintiff Wendy Zamarripa ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

There are no longer any issues in this matter between Plaintiff and LNRS to be determined by the Court, and LNRS is the only defendant.  Plaintiff hereby stipulates that all of her claims and causes of action against LNRS, which were or could have been the subject matter of this lawsuit,

are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: October 29, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gschnitzer@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *LexisNexis Risk Solutions Inc.* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE

**IT IS SO ORDERED.**
Dated this 30 day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2